**August A. BUSCH, Jr., Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.**

No. 12995.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision Busch v. Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

**Catherine Milliken BUSCH, Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.**

No. 12993.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dis-

missed without costs to either party in this Court, on authority of decision in Busch v. Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

**Elizabeth Overton BUSCH, Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.**

No. 12996.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Busch v. Nunan, Jr., Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

**Herbert Douglas CONDIE, Jr., and Marie Eleanor Condie, Petitioners, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.**

No. 12994.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Busch v. Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

William M. HOFFMAN and Melba L. Hoffman, Leiper's Trailer Camp, v. Frank LIPPNER, Doing Business as Trio Motor Company, Appellant.

No. 9242.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 6, 1947.

Decided March 14, 1947.

Raymond A. White, Jr., of Philadelphia, Pa., for appellant.

Maurice H. Brown and Robert M. Bernstein, both of Philadelphia, Pa., for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

Judgment, 71 F.Supp 178, affirmed.

Jacqueline Jones HADLEY, Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.

No. 12999.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Busch v. Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

Willis D. HADLEY and Jacqueline Hadley, Petitioners, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.

No. 12998.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Busch v. Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.